# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Aura Labro` Karagiannopoulos,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                                  3:05-cv-401

City of Lowell,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/13/2008 Order.

Signed: June 13, 2008

_____
Frank G. Johns, Clerk
United States District Court